# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Christen, Morgan B. | 2. Court or Organization<br><br>9th Circuit | 3. Date of Report<br><br>05/18/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,   Date 05/18/2011<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>04/30/2011 |
| 7. Chambers or Office Address<br><br>303 K Street<br>Anchorage, AK 99501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Justice | Alaska Supreme Court |
| 2. | Director | Rasmuson Foundation |
| 3. | Director | Alaska Community Foundation |
| 4. | Member | Christen Sisters, LLC |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Alaska State Employee Accounts (Judicial Retirement; 457 Plan, 401(a) Plan); no control |
| 2. | 2001 | Preston Gates & Ellis Retirement Savings with former law firm; no control |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Alaska Court System | $63,126.00 |
| 2. | 2010 | Alaska Court System | $187,590.00 |
| 3. | 2009 | Alaska Court System | $178,911.32 |
| 4. | 2010 | Alaska Permanent Fund Dividend | $1,281.00 |
| 5. | 2009 | Alaska Permanent Fund Dividend | $1,305.00 |
| 6. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed attorney |
| 2. | 2010 | Self-employed attorney |
| 3. | 2010 | Alaska Permanent Fund Dividend |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | Exempt | Exempt | Exempt | Exempt |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/18/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | Exempt | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo Bank | Mortgage on rental property #1 | N |
| 2. Wells Fargo Bank | Mortgage on rental property #2 | None |
| 3. Wells Fargo Bank | Mortgage on rental property #4 | L |
| 4. Chase Home Finance | Mortgage on rental property #3 | None |
| 5. Chase Home Finance | Mortgage on rental property #5 | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | ASB Accounts | A | Interest | K | T | Exempt | | | | |
| 2. | Wells Fargo Accounts | A | Interest | J | T | Exempt | | | | |
| 3. | True North Federal Credit Union | A | Interest | J | T | Exempt | | | | |
| 4. | Stoel Rives Cash Accounts | A | Interest | L | T | Exempt | | | | |
| 5. | Amer. Century International Discovery Fund | A | Dividend | L | T | Exempt | | | | |
| 6. | American Funds Growth Fund of America | B | Dividend | M | T | Exempt | | | | |
| 7. | TD Ameritrade Municipal portfolio | A | Interest | K | T | Exempt | | | | |
| 8. | Artio International Equity Fund | A | Dividend | J | T | Exempt | | | | |
| 9. | Brandes International Equity Fund | | None | J | T | Exempt | | | | |
| 10. | Columbia Value & Restructuring Fund - Z | A | Dividend | J | T | Exempt | | | | |
| 11. | Fidelity Retirement Money Market Portfolio | A | Interest | L | T | Exempt | | | | |
| 12. | Great West - Alaska Supplemental Benefits Annuity | | None | M | T | Exempt | | | | |
| 13. | Great West - 457 Plan - Long Term Balanced Trust | | None | M | T | Exempt | | | | |
| 14. | Pacific Northern Acad. Bond (issued by Akhiuk, AK) | A | Interest | J | T | Exempt | | | | |
| 15. | Vanguard European Stock Index Fund | C | Dividend | L | T | Exempt | | | | |
| 16. | Vanguard Health Care Fund | B | Dividend | K | T | Exempt | | | | |
| 17. | Vanguard Institutional Index Fund | B | Dividend | M | T | Exempt | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 9

Name of Person Reporting

Christen, Morgan B.

Date of Report

05/18/2011

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vanguard Limited-Term Tax Exempt Fund | A | Interest | K | T | Exempt | | | | |
| 19. Stoel Rives Capital Account | | None | L | T | Exempt | | | | |
| 20. HEWM VI Investment Fund - no control | | None | J | T | Exempt | | | | |
| 21. HEWM VIII Investment Fund - no control | | None | J | T | Exempt | | | | |
| 22. HEWM XII Investment Fund - no control | | None | J | T | Exempt | | | | |
| 23. HEWM XV Investment Fund - no control | | None | K | T | Exempt | | | | |
| 24. Venture Law Group Investment Fund 2004 - no control | | None | J | T | Exempt | | | | |
| 25. Venture Law Group Investment Fund 2005 - no control | D | Distribution | K | T | Exempt | | | | |
| 26. Venture Law Group Investment Fund 2006 - no control | C | Distribution | K | T | Exempt | | | | |
| 27. Venture Law Group Investment Fund 2007 - no control | B | Distribution | K | T | Exempt | | | | |
| 28. Investment property #1, Nelson, NZ | | None | N | W | Exempt | | | | |
| 29. Investment property #2, Blaine, WA | | None | K | W | Exempt | | | | |
| 30. Investment property #3, Blaine, WA | | None | M | W | Exempt | | | | |
| 31. Rental property #1, Blaine, WA (appraisal Oct. 2010) | E | Rent | O | Q | Exempt | | | | |
| 32. Rental property #2, Blaine, WA | D | Rent | N | W | Exempt | | | | |
| 33. Rental property #3, Blaine, WA | D | Rent | M | W | Exempt | | | | |
| 34. Rental property #4, Blaine, WA | D | Rent | M | W | Exempt | | | | |

| 1 Income Gain Codes: (See Column B( and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Column C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/18/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (3) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rental property #5, Bellingham, WA | C | Rent | M | W | Exempt | | | | |
| 36. Brokerage Account #1 (see lines 37 through 50) | | | | | | | | | |
| 37. Black Diamond Inc. - common stock | | None | J | T | Exempt | | | | |
| 38. Capital One Finl Corp. - common stock | A | Dividend | J | T | Exempt | | | | |
| 39. Cisco Systems Inc. - common stock | A | Dividend | J | T | Exempt | | | | |
| 40. ConocoPhillips Corp. - common stock | B | Dividend | K | T | Exempt | | | | |
| 41. Ericsson L M. Tel Co. Sponsored ADR - common stock | A | Dividend | J | T | Exempt | | | | |
| 42. Ingersoll-Rand PLC - common stock | A | Dividend | J | T | Exempt | | | | |
| 43. Internet Cap Group Inc. - common stock | A | Dividend | J | T | Exempt | | | | |
| 44. Monsanto Co. - common stock | A | Dividend | J | T | Exempt | | | | |
| 45. Nortel Network Corporation - common stock | | None | J | T | Exempt | | | | |
| 46. Northrim Bancorp Inc. - common stock | A | Dividend | J | T | Exempt | | | | |
| 47. Pfizer, Inc. - common stock | A | Dividend | J | T | Exempt | | | | |
| 48. Red Hat, Inc. - common stock | | None | K | T | Exempt | | | | |
| 49. Valueclick, Inc. - common stock | | None | K | T | Exempt | | | | |
| 50. Williams Cos Inc. - common stock | A | Dividend | J | T | Exempt | | | | |
| 51. Christen Sisters, LLC | | None | | | Exempt | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/18/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stoel Rives Retirement Plan - no control | | None | O | T | Exempt | | | | |
| 53. Northwestern Mutual - whole life | A | Dividend | J | T | Exempt | | | | |
| 54. Northwestern Mutual - whole life | A | Dividend | J | T | Exempt | | | | |
| 55. New York Life - whole life | | None | J | T | Exempt | | | | |
| 56. Alaska Court System Retirement Plan - no control | | None | L | W | Exempt | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | N =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q - Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Morgan Christen_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 98 | 800 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 151 | 107 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 141 | 441 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
|   Due from relatives and friends | | 15 | 000 | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable – see schedule | | 823 | 258 |
| Real estate owned – see schedule | 3 | 165 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 138 | 000 |   Heller Ehrman Bankruptcy Estate | | 4 | 574 |
| Cash value-life insurance | | 21 | 875 | | | | |
| Other assets itemize: | | | | | | | |
|   Thrift Savings Plan | | 310 | 466 | | | | |
|   Stoel Rives Retirement Plan (no control) | | 766 | 987 | | | | |
| | | | | Total liabilities | | 827 | 832 |
| | | | | Net Worth | 4 | 980 | 844 |
| Total Assets | 5 | 808 | 676 | Total liabilities and net worth | 5 | 808 | 676 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |